UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GANZORIG PUREVDORJ,<br><br>　　　　　Defendant. | Case No.: 17CR2624-AJB<br><br>ORDER AND JUDGMENT TO DISMISS THE INFORMATION WITHOUT PREJUDICE<br><br>(Doc. No. 13) |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 8, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　United States District Judge